IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:14CV410 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| $42,000.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for extension of time (filing 25) is granted, as follows:

Claimants, Carrie Priest and Michael Carozzi, shall have until March 18, 2015, to reply to Plaintiff's response to their motion to dismiss (filing 15).

DATED this 16th day of March, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge