# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:14CV410 |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| $42,000.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

      The court having granted the claimants' motion for judgment as a matter of law at the close of the plaintiff's case, pursuant to Federal Rule of Civil Procedure 50(a),

      JUDGMENT IS ENTERED in favor of the claimants, Carie Priest and Michael Carozzi, and against the plaintiff, United States of America, providing that the seized defendant property, consisting of $42,000.00 in United States currency, shall be returned forthwith to the claimants (by delivery to Attorney Charles L. Hawkins, in trust for claimants, Carie Priest and Michael Carozzi) together with pre-judgment interest at the rate provided by law in 28 U.S.C. § 2465(b)(1)(C), and post-judgment interest at the rate provided by law in 28 U.S.C. § 2465(b)(1)(B), plus taxable costs.[1]

      DATED this 17th day of August, 2016.

                                                                    BY THE COURT:

                                                                    s/ *Richard G. Kopf*
                                                                    Senior United States District Judge

---

[1] A separate order will be issued regarding attorney fees.