# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:14CV410 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| $42,000.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED:

1. The claimants' motion for attorneys' fees pursuant to 28 U.S.C. § 2465 (b)(1)(A), together with a supporting brief and index of evidence, shall be filed on or before October 3, 2016.

2. The government's response shall be filed on or before November 2, 2016, at which time the matter will be taken under submission.

DATED this 17th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge